FILED

04/29/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0024

IN THE SUPREME COURT OF THE STATE OF MONTANA

Nos. DA 23-0024

STATE OF MONTANA,

     Plaintiff and Appellee,

v.

MATTHEW ANDREW SOTTO,

     Defendant and Appellant.

**ORDER** Upon consideration of Appellant's motion for extension of time, and good cause appearing, IT IS HEREBY ORDERED that Appellant is granted an extension of time to and including June 11, 2024, within which to prepare, file, and serve Appellant's opening brief on appeal.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
April 29 2024